HARWOOD v. JOHNSON

No. 37PA89.

Case below: 92 N.C. App. 306.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1989. Petitions by defendant Williams for discretionary review pursuant to G.S. 7A-31 and for writ of supersedeas allowed 2 March 1989.

IN RE APPROVAL OF A CERTIFICATE OF NEED FOR QUALITY CARE HOME HEALTH

No. 586P88.

Case below: 92 N.C. App. 114.

Motion by Dept. of Human Resources to dismiss appeal by FCHDHHA for lack of significant public interest allowed 2 March 1989. Petition by FCHDHHA for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

KNIGHT v. KNIGHT

No. 493P88.

Case below: 91 N.C. App. 444.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

MEYERS v. DEPT. OF HUMAN RESOURCES

No. 84P89.

Case below: 92 N.C. App. 193.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989. Petition by defendant for writ of supersedeas and temporary stay denied 2 March 1989.

MILAM v. MILAM

No. 575P88.

Case below: 92 N.C. App. 105.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.